No. 79–1401. OHIO COUNTY AND INDEPENDENT AGRICULTURE SOCIETIES, DELAWARE COUNTY FAIR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. ██

No. 79–1442. ASSOCIATED BUILDERS & CONTRACTORS, INC., BALTIMORE METROPOLITAN CHAPTER v. LUBBERS, GENERAL COUNSEL OF NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. 

No. 79–1445. SCHMIDT v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 79–1456. FRUEHAUF CORP. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 10th Cir. Certiorari denied. 

No. 79–1490. JACKSON ET VIR v. WHERRY ET AL. Ct. App. D. C. Certiorari denied.

No. 79–1528. SMITH ET AL. v. EQUITY NATIONAL INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied. ██

No. 79–1537. COWLEY, DBA COWLEY PUMP & SUPPLY, ET AL. v. BRADEN INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied. 

No. 79–1541. ROSS v. UNITED STATES. Ct. Cl. Certiorari denied. 

No. 79–1554. FERRELL v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 79–1556. CANRON, INC. v. PLASSER AMERICAN CORP. C. A. 4th Cir. Certiorari denied. 

No. 79–1559. BRAMBLETT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.